1

2

3

4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

5    BILL LIETZKE,                                    3:14-cv-00177-RCJ-WGC

6                               Plaintiff,    **ORDER**

7         v.

8    CITY OF MONTGOMERY, et. al.,

9                               Defendants.

10

11         This Order is issued as a supplement to the court's order of April 9, 2014, denying

12   Plaintiff's application to proceed in forma pauperis without prejudice (Doc. # 3). Plaintiff is

13   advised that if he does not file a corrected application to proceed in forma pauperis along with a

14   complaint demonstrating a basis for the United States District Court for the District of Nevada to

15   exercise jurisdiction over the action within **fourteen days of the date of this Order**, it may

16   result in the issuance of an order dismissing this action without prejudice and administratively

17   closing the file in this district.

18

19   **IT IS SO ORDERED**.

20

     DATED: April 22, 2014

21

22                                            _William G. Cobb_  _____
                                              WILLIAM G. COBB
23                                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28