UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | | |
|---|---|---|
| BILL LIETZKE, | ) | |
| | ) | CASE NO.: 3:14-CV-00177-RCJ-WGC |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| TODD STRANGE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #7) entered on May 27, 2014, in which the Magistrate Judge recommends that the Court dismiss Plaintiff's action. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #7).

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall close the case.

IT IS SO ORDERED this 6th day of June, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE